**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| v. | * |
| | * |
| JENNIFER TINKER, | * |
| | * |
| Defendant | * |
| | * |
| | ***** |

FEB 2 1 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**CRIMINAL NO. ABA-24-336**

BY _____ DEPUTY

## GOVERNMENT'S EXHIBIT LIST – HEARING FOR REVOCATION OF RELEASE CONDITIONS

| Number | Identified | Admitted | Description |
|---|---|---|---|
| 1 | JAN ... 2025 FEB 2 1 2025 | FEB 2 1 2025 | Nonprofit Job Offer and Job Description |
| 2 | FEB 2 1 2025 | FEB 2 1 2025 | Termination Letter |
| 3 | FEB 2 1 2025 | FEB 2 1 2025 | M&T Bank Email Regarding Apple Card |
| 4 | FEB 2 1 2025 | FEB 2 1 2025 | Nonprofit's M&T Bank Statement – December 2024 |
| 5 | FEB 2 1 2025 | FEB 2 1 2025 | Jennifer Tinker's Apple Card Statement – December 2024 |
| 6 | FEB 2 1 2025 | FEB 2 1 2025 | Nonprofit's M&T Bank Statement – January 2025 |
| 7 | FEB 2 1 2025 | FEB 2 1 2025 | Jennifer Tinker's Apple Card Statement – January 2025 |
| 8 | FEB 2 1 2025 | FEB 2 1 2025 | Jennifer Tinker's Apple Card Statement – May 2024 |
| 9 | | | May 2024 Discover Card Payment Record |
| 10 | | | Picture of Bank Statements |