IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No. 24-cr-336-ABA-1 |
| | : | |
| **JENNIFER LYNNE TINKER,** | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO DISCLOSE THE PROBATION OFFICE'S EQUIFAX REPORT

Ms. Tinker, the defendant, by and through her attorney, Anjali Biala, Assistant Federal Public Defender, respectfully moves this Honorable Court to order disclosure of the Equifax Report cited in the final PSR to defense counsel. In support of this motion, Ms. Tinker states the following:

1. On November 19, 2024, Ms. Tinker was charged, by information, with one count of wire fraud. ECF No. 1. She was released, on conditions. ECF No. 8. On December 19, 2024, Ms. Tinker pled guilty to the information filed. ECF No. 11. She remained on release conditions.

2. On February 13, 2025, the Government and the Probation Office requested that her release status be revoked due to allegations of additional fraudulent activity. She has been detained since that time. *See* ECF No. 24.

3. On July 10, 2025, Ms. Tinker pled guilty to the additional alleged fraudulent conduct. ECF No. 41. She remains detained at MCI-W. Her sentencing is set for November 10, 2025. ECF No. 46.

4. In anticipation of the sentencing hearing, Defense counsel has requested a copy of the Equifax Report cited in the PSR by the Probation Office. In order for the Probation Office to disclose the report, it requires a court order permitting its disclosure.

5. The Probation Office takes no position on the request. The Government defers to the Probation Office.

6. Wherefore, defense counsel respectfully requests that the Court order the Probation Office to disclose the Equifax Report cited in the PSR to defense counsel.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender

          /s/
        ANJALI BIALA (#5419700)
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland 21201
        Phone: (410) 962-3962
        Fax: (410) 962-3976
        Email: anjali_biala@fd.org