IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. ABA-24-336** |
| | * | |
| **JENNIFER TINKER,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Joseph L. Wenner, Assistant United States Attorney for said District, moves this Honorable Court for an Order sealing the victim impact statements that were provided to the Government in connection with this above captioned case. These statements have been consolidated into Exhibits 3 & 4 to the Government's Memorandum in Aid of Sentencing. The government also seeks to seal its restitution calculation, Exhibit 1, which has the names and contact information of the victims. The United States submits that these exhibits discuss confidential information that should be sealed and should not appear on the public docket.

WHEREFORE, the government respectfully requests that the Court **SEAL** Exhibit 1, Exhibit 3, and Exhibit 4, to the Government's Memorandum in Aid of Sentencing until further order of the Court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Joseph L. Wenner
Assistant United States Attorney

## Certificate of Service

I hereby certify that on the day this document was filed, a copy of this filing was sent ECF to counsel for the Defendant.

                                                                                                                _____/s/_____
                                                                                                                Joseph L. Wenner
                                                                                                                 Assistant U.S. Attorney

Case 1:24-cr-00336-ABA   Document 53   Filed 10/27/25   Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. ABA-24-336** |
| | * | |
| **JENNIFER TINKER,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**ORDER**

Upon review of the Motion of the United States of America, this Court finds good cause to justify the sealing as requested.

**THEREFORE**, it is **ORDERED** that the victim impact statements and restitution calculation, Exhibit 1, Exhibit 3, and Exhibit 4, to the Government's Memorandum in Aid of Sentencing, are hereby **SEALED** until further order of this Court.

_____
Honorable Adam B. Abelson
United States District Judge